UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Londela Bryant
11/13 South St.
Newark, N.J. 07102

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Newark post office
2 Federal Square
Newark, N.J. 07102

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  Ms. Londela Bryant
Street Address  11/13 South Street
County, City  Essex Co.
State & Zip Code  Newark, N.J. 07102
Telephone Number  (609) 531-5300

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **Newark post office**
Street Address **2 Federal Square**
County, City **Essex Co.**
State & Zip Code **Newark, N.J. 07102**

Defendant No. 2
Name **USPS Dominick V Daniels**
Street Address **Processing & Distribution Center**
County, City **Essex Co.**
State & Zip Code **Kearney N.J. 07099**

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☐ Federal Questions   ☐ Diversity of Citizenship
☑ U.S. Government Plaintiff   ☑ U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Please be advised that my certified mail were tampered and slide into 2 white small envelopes inside manilla envelope and two small white envelopes inside one with a $450.00 money order and one with $70.00 cash, the money order was still but the cash was gone.**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III. Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _____
_____

B. What date and approximate time did the events giving rise to your claim(s) occur? _____
_____
_____

| What happened to you? |

C. Facts: _____
_____
_____
_____
_____
_____

| Who did what? |

_____
_____
_____
_____

| Was anyone else involved? |

_____
_____
_____
_____

| Who else saw what happened? |

_____
_____
_____

## IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

## V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____, 20_____.

                                          Signature of Plaintiff _____
                                          Mailing Address _____

                                                                     _____

                                          Telephone Number _____
                                          Fax Number *(if you have one)* _____
                                          E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

                                                   Signature of Plaintiff: _____

# UNITED STATES DISTRICT COURT
for the

Londela Bryant  )
*Plaintiff Petitioner*  )
)
v.  )  Civil Action No.
)
Newark post office  )
*Defendant Respondent*  )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

### Affidavit in Support of the Application

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Londela Bryant*    Date: March 29, 2019

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ | $ | $ |
| Self-employment | $ N/A | $ | $ | $ |
| Income from real property *(such as rental income)* | $ N/A | $ | $ | $ |
| Interest and dividends | $ N/A | $ | $ | $ |
| Gifts | $ N/A | $ | $ | $ |
| Alimony | $ N/A | $ | $ | $ |
| Child support | $ N/A | $ | $ | $ |